IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TINA MARTINEZ**                                                           **PLAINTIFF**

v.                              No. 4:24-cv-748-DPM

**SOCIAL SECURITY ADMINISTRATION,**              **DEFENDANT**
**Commissioner**

### ORDER

Unopposed recommendation, *Doc. 12*, adopted. Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes). Notwithstanding Martinez's physical and mental limitations, substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). Martinez's complaint will therefore be dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2025