IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TINA MARTINEZ                                                                    PLAINTIFF

v.                          No. 4:24-cv-748-DPM

SOCIAL SECURITY ADMINISTRATION,                        DEFENDANT
Commissioner

## JUDGMENT

Martinez's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2025